

## SOUND AMPLIFYING DEVICE PERMIT

**Issued To: Jason Cantrell**

**Issued Date: 06/27/2025**

**Location: 519 FOREST PARKWAY, FOREST PARK, GA 30297**

**Date: 07/01/2025 - 09/30/2025**

**Time: 08:00am-05:00pm**

If complaints are received about noise level, this Permit will become null and Void.

Kandice Gardner,
Financial Service Tech

6/27/25
Date

Exhibit A