**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JASON CANTRELL,
               Plaintiff,

        v.

KANDICE GARDNER, ANDRE
PITTS, and JAMAL HUNTER,
individually and in official capacity,
and THE CITY OF FOREST PARK,

               Defendants.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

1:26-CV-01638-ELR

_____

**ORDER**

_____

On March 26, 2026, Plaintiff Jason Cantrell filed a Complaint, alleging violations of his freedom of speech and religion rights by Defendants Kandice Gardner, Andre Pitts, Jamal Hunter, and the City of Forest Park. See generally Compl. [Doc. 1]. Contemporaneously, Plaintiff moved for preliminary injunctive relief. [Doc. 2].

Plaintiff does not appear to have served either the Complaint or the Motion for Preliminary Injunction ("PI Motion") on Defendants; the PI Motion does not seek *ex parte* relief; and Plaintiff's counsel has not certified in writing any efforts to give notice to Defendants or the reasons why such notice should not be required. See

Fed. R. Civ. P. 65(b)(1)(B). Thus, the Court takes the PI Motion under advisement and enters the following briefing schedule, subject to Plaintiff's timely service of the Complaint and PI Motion. See Fed. R. Civ. P. 65(a)(1).

Accordingly, the Court **ORDERS** the Parties to adhere to the following schedule:

- No later than Friday, April 3, 2026, Plaintiff shall (1) personally serve on each Defendant a copy of the Complaint, the PI Motion, all associated exhibits, and this order, and (2) file proof of such service on the docket as soon as practicable thereafter.

- No later than Friday, April 17, 2026, Defendants shall file any response(s) to the PI Motion.

- No later than Friday, April 24, 2026, Plaintiff shall file any reply in support of the PI Motion.

All filings must conform to the Local Rules of this Court.

Further, the Court **SCHEDULES** a hearing on the PI Motion for **Wednesday, April 29, 2026, at 9:30 a.m.**, in Courtroom 1708, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA, 30303. The Court will only hear argument from counsel, and each side shall have up to 45 minutes to present its position. No later than 5:00 p.m. on Monday, April 27, 2026, the Parties **SHALL** submit any exhibits

they intend to discuss in detail at the hearing to the undersigned's Courtroom Deputy, Ms. Michelle Beck, at Michelle_Beck@gand.uscourts.gov.

**SO ORDERED**, this 27th day of March, 2026.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

3