AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| JASON CANTRELL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01638 |
| KANDICE GARDNER, et. al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jason Cantrell                                                                                    .

Date:    03/30/2026

/s/ Nathan J. Moelker
*Attorney's signature*

Nathan J. Moelker VA Bar 98313
*Printed name and bar number*

AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave, NE
Washington, DC 20002
*Address*

nmoelker@aclj.org
*E-mail address*

(202) 641-9160
*Telephone number*

(202) 546-9309
*FAX number*