AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:26-cv-01638-ELR**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **The City of Forest Park**
was received by me on  **3/30/2026:**

☐ I personally served the **Exhibit; Verified Complaint; Summons; Order; MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT  THEREOF** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Latosha Clemons**, who is designated by law to accept service of process on behalf of **The City of Forest Park** at **745 Forest Pkwy, Forest Park, GA 30297** on **04/01/2026 at 4:06 PM**; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 229.50** for services, for a total of **$ 229.50**.

I declare under penalty of perjury that this information is true.

Date:  04/01/2026

_____
*Server's signature*

**Joe Ekwenibe**
*Printed name and title*

**285 Annelise park dr
Fayetteville, GA 30214**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibit; Verified Complaint; Summons; Order; MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT  THEREOF,  to Latosha Clemons who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.  I served the documents, Exhibit; Verified Complaint; Summons; Order; MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT  THEREOF,  to the City Manager**





Tracking #: **0216284311**

**AFFIDAVIT OF PROCESS SERVER**

I, the undersigned, Joe Ekwenibe, being dully sworn, deposes and states:

1)      That I am a professional process server, a U.S. Citizen over the age of 18, and meet all of the requirements for appointment as a process server in the state of Georgia.

2)      That I am a wholly disinterested party and I neither have any relationship with, nor am I employed by, any of the parties to this action and in no way can benefit from its outcome.

FURTHER AFFIANT SAYETH NAUGHT

_____
signature

JOE EKWENIBE
print name

285 ANNELISE PARK DR
address line 1

FAYETTEVILLE GA 30214
City, State, Zip

404-324-8653
phone

Joekwenibe@Yahoo.Com
server email address

STATE OF: _____Georgia_____ )

COUNTY OF: _____Fulton_____ )

Signed and sworn to (or affirmed) before me

this _27_ day of ___August___, 20 _25_

by _____Joe Ekwenibe_____ process server, who is

___ personally known to me

_X_ produced identification

type of identification produced: ___Georgia Driver's License___

_____
Notary Public, State of _Georgia_

My commission expires: _January 9, 2028_

Scanned with
CS CamScanner