AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-01638-ELR**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Jamal Hunter**
was received by me on  **3/31/2026**:

☐  I personally served the **Exhibit; Verified Complaint; Summons; Order; MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT  THEREOF** on the individual at *(place)*  on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **Ashley Hunter**, a person of suitable age and discretion who resides at **6891 Smoke Ridge Dr, Atlanta, GA 30349-4556**, on **03/31/2026 at 1:38 PM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 153.00** for services, for a total of **$ 153.00**.

I declare under penalty of perjury that this information is true.

Date:  03/31/2026

_____
*Server's signature*

**Odion Peters**
*Printed name and title*

**8104 Webb Road**
**Apt 506**
**Riverdale, GA 30274**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibit; Verified Complaint; Summons; Order; MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT  THEREOF,  to Ashley Hunter who identified themselves as the subject's spouse, co-resident with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with an accent.  Upon arrival met a lady outside I said I had a delivery for the subject, she said yes but he is not home and accepted to receive the documents, Exhibit; Verified Complaint; Summons; Order; MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT  THEREOF, , I asked her name she said Ashley hunter,**





Tracking #: **0216061306**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.     **1:26-cv-01638-ELR**

**and asked who she is to the subject, she said the wife**



Tracking #: **0216061306**
