AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-01638-ELR**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Andre Pitts**
was received by me on **3/30/2026**:

[X]    I personally served the **Exhibit; Verified Complaint; Summons; Order; MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** on the individual at **320 Cash Memorial Blvd, Forest Park, GA 30297** on **03/31/2026** at **9:13 AM**; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ **0** for travel and $ **153.00** for services, for a total of $ **153.00**.

I declare under penalty of perjury that this information is true.

Date:    04 - 01 - 2026

Server's signature

**Joe Ekwenibe**
Printed name and title

**285 Annelise park dr**
**Fayetteville, GA 30214**

Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibit; Verified Complaint; Summons; Order; MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, to Andre Pitts with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a bald black male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with a beard.**




Tracking #: 0216004616


Scanned with
CamScanner

## AFFIDAVIT OF PROCESS SERVER

I, the undersigned, *Joe Ekwenibe* being dully sworn, deposes and states:

1)   That I am a professional process server, a U.S. Citizen over the age of 18, and meet all of the requirements for appointment as a process server in the state of Georgia.

2)   That I am a wholly disinterested party and I neither have any relationship with, nor am I employed by, any of the parties to this action and in no way can benefit from its outcome.

FURTHER AFFIANT SAYETH NAUGHT

_Amtellurse_
signature
_JOE EKWENIBE_
print name
_285 ANNELISE PARK DR_
address line 1
_FAYETTEVILLE GA 30214_
City, State, Zip
_404-324-8653_
phone
_Joekwenibe @ Yahoo.Com_
server email address

STATE OF: _Georgia_ )

COUNTY OF: _Fulton_ )

Signed and sworn to (or affirmed) before me

this _27_ day of _August_ , 20 _25_

by _Joe Ekwenibe_ process server, who is

___ personally known to me

_X_ produced identification

type of identification produced: _Georgia Driver's License_

_[signature]_

Notary Public, State of _Georgia_

My commission expires: _January 9, 2028_


Scanned with
CamScanner