AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia ▼

JASON CANTRELL
_____
*Plaintiff*                                )
v.                                         )    Case No.    1:26-cv-01638
KANDICE GARDNER, et. al                    )
_____
*Defendant*                                )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jason Cantrell
_____ .

Date:    04/02/2026                         /s/ Christina A. Compagnone
_____                     _____
                                            *Attorney's signature*

                                    Christina A. Compagnone, VA Bar 91658
                                    _____
                                           *Printed name and bar number*
                                    AMERICAN CENTER FOR LAW & JUSTICE
                                    201 Maryland Ave, NE
                                    Washington, DC 20002

                                    _____
                                                  *Address*

                                    ccompagnone@aclj.org
                                    _____
                                              *E-mail address*

                                    (202) 641-9168
                                    _____
                                            *Telephone number*

                                    (202) 546-9309
                                    _____
                                              *FAX number*

| Print | Save As... | | Reset |