# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JASON CANTRELL, | |
| Plaintiff, | |
| vs. | CIV. ACTION NO. 1:26-CV-01638 |
| KANDICE GARDNER, individually and in her official capacity; ANDRE PITTS, individually and in his official capacity; JAMAL HUNTER, individually and in his official capacity; and THE CITY OF FOREST PARK, | The Honorable Eleanor L. Ross **JURY TRIAL DEMANDED** |
| Defendants. | |

## NOTICE OF APPEARANCE – T. ORLANDO PEARSON

COMES NOW Todd Orlando Pearson and enters, pursuant to Local Rule 83.1, appearance as Counsel of Record on behalf of Defendants Kandice Gardner, Andre Pitts, Jamal Hunter, and The City of Forest Park, and states his contact information as follows:

TODD ORLANDO PEARSON
Georgia Bar No. 180406
Denmark Ashby Matricardi LLC
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Telephone:  (770) 478-9950
Email:  tpearson@dam.law

Respectfully submitted, this 17th day of April, 2026.

DENMARK ASHBY MATRICARDI LLC

DANIELLE M. MATRICARDI
Georgia Bar No. 259551
CHANDARALEN PHE
Georgia Bar No. 686706
T. ORLANDO PEARSON
Georgia Bar No. 180406
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Phone:  (770) 478-9950
Email:  dmatricardi@dam.law
Email:  cphe@dam.law
Email:  tpearson@dam.law

*Counsel for Defendants City of Forest Park, Georgia, Forest Park Police Department, Captain Willis Skelton, and Chief Brandon Criss*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JASON CANTRELL, | |
| Plaintiff, | |
| vs. | CIV. ACTION NO. 1:26-CV-01638 |
| KANDICE GARDNER, individually and in her official capacity; ANDRE PITTS, individually and in his official capacity; JAMAL HUNTER, individually and in his official capacity; and THE CITY OF FOREST PARK, | The Honorable Eleanor L. Ross **JURY TRIAL DEMANDED** |
| Defendants. | |

**LOCAL RULE CERTIFICATION**

The undersigned certifies that this document has been prepared in accordance with Local Rule 5.1 and that the foregoing **Notice of Appearance** has been filed using the CM/ECF system, which will notify the attorney(s) of record.

Respectfully submitted, this 17th day of April, 2026.

DENMARK ASHBY MATRICARDI LLC

T. ORLANDO PEARSON
Georgia Bar No. 180406