**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JASON CANTRELL,** *Plaintiff,* | **Civil Action No. 1:26-CV-01638** |
| *v.* | |
| **KANDICE GARDNER**, individually and in her official capacity, **ANDRE PITTS**, individually and in his official capacity, **JAMAL HUNTER**, individually and in his official capacity, and **THE CITY OF FOREST PARK,** *Defendants.* | **Jury Trial Demanded** |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS**

This matter is before the Court on the Parties' Joint Motion to Stay Proceedings Pending Settlement Discussions ("Motion") (Doc. no. 25). Having considered the Motion, the record, and applicable authority, the Court **FINDS** good cause for the sought-after relief and **GRANTS** the motion. *See Webb v. DoorDash, Inc.*, 451 F. Supp. 3d 1360, 1370 (N.D. Ga. 2020) (explaining the Court's inherent authority to manage and control the docket); *Unique Sports Prods. v. Wilson Sporting Goods Co.*, 512 F. Supp. 2d 1318, 1329 (N.D. Ga. 2007) (sanctioning stays for the purpose of settlement).  Accordingly, consistent with the terms herein, the above-captioned case is hereby **STAYED** for sixty (60) days.

**IT IS THEREFORE ORDERED as follows:**

1.     All proceedings in this action, including all motion filing deadlines—

including Plaintiff's deadline to respond to Defendants' Motion to Dismiss (Doc. no. 23)—and any other deadlines or scheduled hearings, are hereby **STAYED** for a period of sixty (60) days from the date of this Order.

2.      Within five (5) days prior to the expiration of the stay, the Parties shall file a joint status report advising the Court of the status of settlement discussions and whether the stay should be lifted, extended, or modified.

3.      In the event a settlement is reached during the stay period, the Parties shall promptly notify the Court and file the appropriate stipulation of dismissal or other dispositive papers in accordance with Federal Rule of Civil Procedure 41.

4.      In the event settlement discussions are unsuccessful, the Parties shall notify the Court and jointly propose a revised scheduling order within five (5) days of providing such notification.

5.      All other terms and provisions of any prior orders of this Court remain in full force and effect, except as expressly stayed herein.

SO ORDERED this _____ day of _____ 20___.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE
Northern District of Georgia