## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JASON CANTRELL,<br><br>Plaintiff,<br><br>vs.<br><br>KANDICE GARDNER, individually and in her official capacity;<br>ANDRE PITTS, individually and in his official capacity;<br>JAMAL HUNTER, individually and in his official capacity; and<br>THE CITY OF FOREST PARK,<br><br>Defendants. | CIV. ACTION NO. 1:26-CV-01638<br><br>The Honorable Eleanor L. Ross<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT AND MOTION TO EXTEND STAY

COME NOW Plaintiff Jason Cantrell ("Plaintiff" or "Cantrell"), as well as Defendants Kandice Gardner, Andre Pitts, Jamal Hunter, and the City of Forest Park ("City" or "Forest Park") (*collectively*, "Defendants"), by and through the Undersigned Counsel of Record, and hereby submit this Joint Status Report and Motion to Extend Stay in accordance with the Court's Order Granting Joint Motion to Stay Proceedings Pending Settlement Discussions ("Order").

Page 1 of 4
Cantrell v. City of Forest Park, *et al.*, Civ. Action No. 1:26-cv-01638
Joint Status Report and Motion to Extend Stay

On March 26, 2026, Plaintiff commenced the above-captioned First Amendment matter. Although the Parties subsequently commenced settlement discussions, on April 21, 2026, Defendants filed a motion to dismiss for failure to state a claim. As part of the settlement discussions, on April 23, 2026, the Parties filed the Joint Notice of Stipulation and Withdrawal of Motion for Preliminary Injunction. On April 29, 2026, the Court entered the Order, staying this matter for 60 days to permit continued settlement discussions and directing the parties to file joint status report.

Since entry of the Order, the Parties have engaged in good faith settlement discussions. Although the Parties have not reached a final resolution of the claims and issues forming the basis of this matter, the Parties have exchanged proposals while Defendants have endeavored to address certain issues raised by Plaintiff. With additional time, the Parties believe that a final settlement can be achieved in this matter without the need for continued litigation.

For the reasons stated herein, the Parties respectfully request that the Court extend, by thirty (30) days, the stay set forth in the Order. E.g., Unique Sports Prods. v. Wilson Sporting Goods Co., 512 F. Supp. 2d 1318, 1329 (N.D. Ga. 2007) (explaining that, to avoid additional expenses associated with litigation pending settlement, a litigant may request, *inter alia*, a stay of the matter).

Page 2 of 4
Cantrell v. City of Forest Park, *et al.*, Civ. Action No. 1:26-cv-01638
Joint Status Report and Motion to Extend Stay

Respectfully submitted, this 24th day of June, 2026.

DENMARK ASHBY MATRICARDI LLC

/s/ *Liam R. Harrell (with permission)*
Liam R. Harrell*
D.C. Bar No. 1740309
Nathan J. Moelker*
Va. Bar No. 98313
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave., NE
Washington, DC 20002
(202) 546-8890 (phone)
(202) 546-9309 (fax)
lharrell@aclj.org
nmoelker@aclj.org
* Admitted *Pro hac vice*

Andrew J. Ekonomou
Georgia Bar No. 242750
AMERICAN CENTER FOR LAW & JUSTICE
3286 Northside Parkway
Suite 1007
Atlanta, Georgia 30327
aekonomou@aclj.org

DANIELLE M. MATRICARDI
Georgia Bar No. 259551
CHANDARALEN PHE
Georgia Bar No. 686706
T. ORLANDO PEARSON
Georgia Bar No. 180406
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Phone:  (770) 478-9950
Email:  dmatricardi@dam.law
Email:  cphe@dam.law
Email:  tpearson@dam.law

*Counsel for Defendants Kandice Gardner, Andre Pitts, Jamal Hunter, and The City of Forest Park*

*Counsel for Plaintiff*

Page 3 of 4
Cantrell v. City of Forest Park, *et al.*, Civ. Action No. 1:26-cv-01638
Joint Status Report and Motion to Extend Stay

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JASON CANTRELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>KANDICE GARDNER, individually and in her official capacity;<br>ANDRE PITTS, individually and in his official capacity;<br>JAMAL HUNTER, individually and in his official capacity; and<br>THE CITY OF FOREST PARK,<br><br>    Defendants. | CIV. ACTION NO. 1:26-CV-01638<br><br>The Honorable Eleanor L. Ross<br><br>**JURY TRIAL DEMANDED** |

## LOCAL RULE CERTIFICATION

The undersigned certifies that this document has been prepared in accordance with Local Rule 5.1 and that the ***Joint Status Report and Motion to Extend Stay*** has been filed using the CM/ECF system, which will notify the attorney(s) of record.

Respectfully submitted, this 24th day of June, 2026.

DENMARK ASHBY MATRICARDI LLC

T. ORLANDO PEARSON
Georgia Bar No. 180406

Page 4 of 4
Cantrell v. City of Forest Park, *et al.*, Civ. Action No. 1:26-cv-01638
Joint Status Report and Motion to Extend Stay