# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JASON CANTRELL,<br><br>Plaintiff,<br><br>vs.<br><br>KANDICE GARDNER, individually and in her official capacity;<br>ANDRE PITTS, individually and in his official capacity;<br>JAMAL HUNTER, individually and in his official capacity; and<br>THE CITY OF FOREST PARK,<br><br>Defendants. | CIV. ACTION NO. 1:26-CV-01638<br><br>The Honorable Eleanor L. Ross<br><br>**JURY TRIAL DEMANDED** |

## SECOND JOINT STATUS REPORT

COME NOW Plaintiff Jason Cantrell, as well as Defendants Kandice Gardner, Andre Pitts, Jamal Hunter, and the City of Forest Park, by and through undersigned counsel, and hereby submit this Second Joint Status Report and Motion to Extend Stay in accordance with the Court's Minute Order, directing the parties to file a joint status report by July 1, 2026.

On March 26, 2026, Plaintiff commenced this First Amendment action. On April 23, 2026, the Parties filed the Joint Notice of Stipulation and Withdrawal of

Motion for Preliminary Injunction. On April 29, 2026, the Court entered the Order Granting Joint Motion to Stay Proceedings Pending Settlement Discussions, staying this matter for 60 days to permit continued settlement discussions and directing the parties to file joint status report. Subsequently, the parties continued to engaged in settlement discussions.  On June 24, 2026, the Parties requested a continuation of the stay to continue settlement negotiations. The same day, the Court continued the stay until July 1, 2026, and ordered a joint status report to be filed with the Court on that date.

Subsequently, the Parties have continued settlement negotiations.  Subject to the parties' formal approval, Counsel are working on a proposed consent judgment. However, as of this date, the parties have not come to a final settlement in the matter.

*[SIGNATURES ON THE FOLLOWING PAGE]*

Respectfully submitted, this 1st day of July, 2026.

DENMARK ASHBY MATRICARDI LLC

/s/ *Liam R. Harrell*
Liam R. Harrell*
D.C. Bar No. 1740309
Nathan J. Moelker*
Va. Bar No. 98313
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave., NE
Washington, DC 20002
(202) 546-8890 (phone)
(202) 546-9309 (fax)
lharrell@aclj.org
nmoelker@aclj.org
* Admitted *pro hac vice*

Andrew J. Ekonomou
Georgia Bar No. 242750
AMERICAN CENTER FOR LAW & JUSTICE
3286 Northside Parkway
Suite 1007
Atlanta, Georgia 30327
aekonomou@aclj.org

*Counsel for Plaintiff*

DANIELLE M. MATRICARDI
Georgia Bar No. 259551
CHANDARALEN PHE
Georgia Bar No. 686706
T. ORLANDO PEARSON
Georgia Bar No. 180406
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Phone:  (770) 478-9950
Email:  dmatricardi@dam.law
Email:  cphe@dam.law
Email:  tpearson@dam.law

*Counsel for Defendants Kandice Gardner, Andre Pitts, Jamal Hunter, and The City of Forest Park*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JASON CANTRELL,

    Plaintiff,

    vs.

KANDICE GARDNER, individually
and in her official capacity;
ANDRE PITTS, individually and in his
official capacity;
JAMAL HUNTER, individually and in
his official capacity; and
THE CITY OF FOREST PARK,

    Defendants.

CIV. ACTION NO. 1:26-CV-01638

The Honorable Eleanor L. Ross

**JURY TRIAL DEMANDED**

## LOCAL RULE CERTIFICATION

The undersigned certifies that this document has been prepared in accordance with Local Rule 5.1 and that the ***Second Joint Status*** has been filed using the CM/ECF system, which will notify the attorney(s) of record.

Respectfully submitted, this 1st day of July, 2026.

DENMARK ASHBY MATRICARDI LLC

T. ORLANDO PEARSON
Georgia Bar No. 180406