**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JASON CANTRELL,<br><br>Plaintiff,<br><br>vs.<br><br>KANDICE GARDNER, individually and in her official capacity;<br>ANDRE PITTS, individually and in his official capacity;<br>JAMAL HUNTER, individually and in his official capacity; and<br>THE CITY OF FOREST PARK,<br><br>Defendants. | CIV. ACTION NO. 1:26-CV-01638<br><br>The Honorable Eleanor L. Ross<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

COME NOW Plaintiff Jason Cantrell ("Plaintiff" or "Cantrell"), as well as Defendants Kandice Gardner, Andre Pitts, Jamal Hunter, and the City of Forest Park ("City" or "Forest Park") (*collectively*, "Defendants"), by and through the Undersigned Counsel of Record, and move for entry of a consent judgment pursuant to, *inter alia*, Federal Rule of Civil Procedure ("Federal Rule") 58 and the Court's inherent authority. Following good-faith negotiations, the parties have resolved, without

admitting liability, the issues and claims asserted in the above-captioned case. Therefore, the parties respectfully request that the Court grant the instant motion, enter the proposed consent judgment submitted to Chambers, as well as afford any other relief that is just and proper under the circumstances.

## I. BACKGROUND

1.

On March 26, 2026, Plaintiff filed the above-captioned complaint, alleging that a certain City policy and practice violated Plaintiff's rights under, *inter alia*, the First and Fourteenth Amendments to the United States Constitution. (Doc. no. 1, Compl.).

2.

Defendants moved, on April 21, 2026, for dismissal of the above-captioned case. (Doc. no. 23, Mot. to Dismiss).

3.

On April 29, 2026, the Court stayed this matter to permit the parties to continue settlement discussions. (Doc. no. 26, Order).

4.

After the parties filed status reports, the Court entered the Minute Order on July 21, 2026, and directed the Clerk to administratively close this matter and the parties to file either a dispositive document, joint notice, or motion to reopen by September 1, 2026. (Min. Order).

5.

On September 1, 2026, the parties filed a notice of settlement. (Doc. no. 29, Notice).

6.

Based on the notice of settlement, the Court directed the parties to file either a dispositive document or joint status report within 60 days.

## II. ARGUMENT AND CITATION TO AUTHORITY

Litigants may request that district courts enter judgments. Fed. R. Civ. P. 58(d); Dye v. Autumn Breeze Holding, LLC, No. 1:02-CV-3299-BBM, 2006 WL 8431875, at *6 (N.D. Ga. Apr. 26, 2006). In this regard, as a matter of public policy, courts encourage settlements to promote amicable resolution of cases and avoid the expense of litigation. Smith v. Haynes & Haynes P.C., 940 F.3d 635, 650 n.7 (11th Cir. 2019). As such, this Court routinely grants motions for entry of consent judgments. E.g., Hunt Ref. Co. v. Cranford, No. 1:23-CV-04540-ELR, 2025 WL 4058250, at *1 (N.D. Ga. Feb. 11, 2025) (discussing the granting of joint motion to

approve consent judgment); Key Equip. Fin., Inc. v. Overend, No. 1:12-CV-2473-CAP, 2014 WL 12687884, at *7 (N.D. Ga. June 23, 2014) (granting motion for consent judgment); Am. Deli Int'l v. Bo a Cho Corp., No. 1:12-CV-4031-WBH, 2014 WL 11822766, at *1 (N.D. Ga. Oct. 28, 2014) (granting joint motion to approve consent judgment and entering judgment). Here, the parties engaged in good-faith settlement discussions to avoid the expense of litigation. Ultimately, the parties resolved the issues and claims forming the basis of the above-captioned case. To that end, the parties have submitted a proposed consent judgment, memorializing the parties' settlement.

## III. CONCLUSION

For the reasons set forth herein, the parties request that the Court grant the instant motion, enter the proposed consent judgment, as well as afford any further relief that is just and proper under the circumstances.

*[SIGNATURES ON THE FOLLOWING PAGE]*

Respectfully submitted, this 2nd day of October, 2026.

AMERICAN CENTER FOR LAW & JUSTICE

/s/ *Liam R. Harrell (with permission)*
Liam R. Harrell*
D.C. Bar No. 1740309
Nathan J. Moelker*
Va. Bar No. 98313
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave., NE
Washington, DC 20002
(202) 546-8890 (phone)
(202) 546-9309 (fax)
lharrell@aclj.org
nmoelker@aclj.org
* Admitted *pro hac vice*

Andrew J. Ekonomou
Georgia Bar No. 242750
AMERICAN CENTER FOR LAW & JUSTICE
3286 Northside Parkway, Suite 1007
Atlanta, Georgia 30327
aekonomou@aclj.org

*Counsel for Plaintiff*

DENMARK ASHBY MATRICARDI LLC

DANIELLE M. MATRICARDI
Georgia Bar No. 259551
CHANDARALEN PHE
Georgia Bar No. 686706
T. ORLANDO PEARSON
Georgia Bar No. 180406
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Phone: (770) 478-9950
Email: dmatricardi@dam.law
Email: cphe@dam.law
Email: tpearson@dam.law

*Counsel for Defendants Kandice Gardner, Andre Pitts, Jamal Hunter, and The City of Forest Park*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JASON CANTRELL,<br><br>Plaintiff,<br><br>vs.<br><br>KANDICE GARDNER, individually and in her official capacity;<br>ANDRE PITTS, individually and in his official capacity;<br>JAMAL HUNTER, individually and in his official capacity; and<br>THE CITY OF FOREST PARK,<br><br>Defendants. | CIV. ACTION NO. 1:26-CV-01638<br><br>The Honorable Eleanor L. Ross<br><br>**JURY TRIAL DEMANDED** |

## LOCAL RULE CERTIFICATION

The undersigned certifies that this document has been prepared in accordance with Local Rule 5.1 and that the ***Joint Motion for Entry of Consent Judgment*** has been filed using the CM/ECF system, which will notify the attorney(s) of record.

Respectfully submitted, this 2nd day of October, 2026.

DENMARK ASHBY MATRICARDI LLC

T. ORLANDO PEARSON
Georgia Bar No. 180406