**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**JASON CANTRELL,**

*Plaintiff,*

*v.*

**KANDICE GARDNER**, individually and in her official capacity,
**ANDRE PITTS**, individually and in his official capacity,
**JAMAL HUNTER**, individually and in his official capacity, and
**THE CITY OF FOREST PARK,**

*Defendants.*

**Civil Action No. 1:26-cv-01638-ELR**

The Hon. Eleanor L. Ross

**DECLARATION OF LIAM R. HARRELL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

1. I am Associate Counsel with the American Center for Law & Justice ("ACLJ"), counsel for Plaintiff Jason Cantrell in the above-captioned case. I am a member in good standing of the Bars of the District of Columbia, the Commonwealth of Virginia, and the State of Maryland, and am admitted to practice before this Court *pro hac vice*. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

2. I am a 2021 graduate of the George Mason University—Antonin Scalia Law School. I regularly represent clients in federal courts across the country. I am admitted to numerous federal appellate and district courts including the United States Supreme Court.

3. One of my fields of specialization is First Amendment litigation and religious civil liberties, and I have participated in a wide array of First Amendment cases involving the free-speech clause, the free exercise clause, and the establishment clause.

4. For instance, concurrent with this case, I represent the plaintiffs in other cases involving the free-speech rights of sidewalk counselors and street evangelists. *See, e.g.*, *Raio v. City of Chicago*, 1:25-cv-02709 (N.D. Ill. filed March 14, 2025), *Hamman v. City of Carbondale*, 3:25-cv-00736 (S.D. Ill. filed April 29, 2025), and *Knotts v. City of Cuyahoga Falls*, 5:25-cv-01120 (N.D. Ohio filed May 30, 2025).

5. Beyond litigation, I have contributed to numerous *amicus* briefs on the same topic, including recent Supreme Court briefs in *Olivier v. City of Brandon*, 607 U.S. 552 (2026), *Hershey v. Bossier City*, No. 25-1389, and *E.D. v. Noblesville School District*, No. 25-906.

6. In addition to First Amendment litigation, I specialize in criminal defense work. As a former prosecutor, I maintain a proficiency in criminal defense and participate in many ACLJ cases in which the client, in addition to civil rights claims, faces criminal charges or other potential criminal exposure. I therefore possess expertise in the area of law squarely at issue in this case.

7. The ACLJ, founded over thirty years ago, is a nonprofit organization dedicated to the defense of constitutional liberties secured by law. It currently employs more than fifteen full-time attorneys. Since its inception, the ACLJ has

been involved in cases addressing the free speech rights of sidewalk counselors and street evangelists. *See*, *e.g.*, *Hill v. Colorado*, 530 U.S. 703 (2000); *Schenck v. Pro-Choice Network of W.N.Y.*, 519 U.S. 357 (1997).

8. Because the ACLJ typically represents its clients free of charge, including in this case, and because the ACLJ has cases in different jurisdictions throughout the country, the ACLJ does not (nor could it) have a customary hourly rate it charges clients. When the ACLJ seeks attorneys' fees under 42 U.S.C. § 1988, it requests the prevailing market rate in the district where the case is pending for lawyers of comparable skill, experience, and reputation.

9. I request a rate of $500 per hour for my work in this case. That rate is the prevailing rate in the Atlanta Division for an attorney of comparable experience doing comparable civil-rights work. In *Goldring v. Henry*, No. 1:18-cv-01191-WMR (N.D. Ga. July 22, 2022), a § 1983 civil right case tried to judgment, the Court awarded $500 per hour to junior counsel, and it found those rates consistent with the Atlanta market. Other recent awards in this District are in the same range: $475[1] for counsel of greater experience in *Jordan v. City of Atlanta*, 2022 WL 22867728 (N.D. Ga. Aug. 12, 2022); and $300 per hour for non-lead counsel in *Collins-Williams v. Contour Eastwyck, LLC*, No. 1:20-cv-3129 (N.D. Ga. May 9, 2024).

[1] $475 in August of 2022 would be equivalent to $537 in August 2026 dollars. *See* Inflation Calculator, BUREAU OF LABOR STATISTICS, https://www.bls.gov/data/inflation_calculator.htm.

$500 sits inside that range and below the rate this Court has approved for senior civil-rights counsel.

10. While the USAO "Fitzpatrick" Matrix is not applicable here, *ACLU of Ga. v. Barnes*, 168 F.3d 423, 437 (11th Cir. 1999), I cite it only to emphasize that $500 is significantly below the Matrix's cell for an attorney of my years in practice, $684. The Fitzpatrick Matrix, United States Attorney's Office for the District of Columbia, https://www.justice.gov/usao-dc/media/1449156/dl?inline. *See also*, Laffey Matrix, laffeymatrix.com (assessing D.C./Baltimore area attorneys with 4-7 years of experience at $625 per hour).

11. Exhibit A is a true and correct itemization of the time I reasonably expended on this litigation, kept contemporaneously in tenths of an hour. It states the date, the task, and the time spent. I reasonably expended 90.9 hours. At $500 per hour, the lodestar for my work is $45,450.

12. Tracy Turner, a paralegal employed by the American Center for Law & Justice, provided substantial assistance in the preparation of this case under my direction and supervision. I request a rate of $150 per hour for her work. That rate is the prevailing market rate in the Atlanta Division of this District for a paralegal of comparable skill and experience performing comparable tasks in civil-rights litigation. *See, e.g.*, *Kincaid v. Pasha Atlanta, LLC*, No. 1:23-cv-03592 (N.D. Ga. July 30, 2025) (reducing a requested $225 paralegal rate to $150 as reasonable for a seasoned paralegal); *Spurlock v. Complete Cash Holdings*, LLC, 540 F. Supp. 3d 1201

(N.D. Ga. 2021) (approving $165 and $125 for paralegals in 2021); *Jones v. Marietta Nondestructive Testing, LLC*, No. 1:18-cv-5384-LMM, 2020 U.S. Dist. LEXIS 267862, at *5 (N.D. Ga. May 5, 2020) (approved $125 for a paralegal in 2020). Exhibit B is a true and correct itemization of the time she reasonably expended on this litigation, kept contemporaneously in tenths of an hour. She reasonably expended 18.7 hours. At $150 per hour, the lodestar for her work is $2,805.

13. The fee requested is reasonable in light of the time required, the skill required to prepare a First Amendment claim against a municipal defendant, the result obtained, and awards in similar cases in this District.

**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this twenty-eighth day of October 2026.

*/s/ Liam R. Harrell*
Liam R. Harrell

# **Exhibit A**

Time Sheets of Liam R. Harrell

## Liam Harrell — Hour Log

| Date | Attorney Name | Work Description | Hours |
|---|---|---|---|
| 10/9/2025 | Liam Harrell | Initial Client Interview | 0.6 |
| 10/29/2025 | Liam Harrell | Client Intake Interview | 0.5 |
| 3/11/2026 | Liam Harrell | Client Conference | 0.6 |
| 3/17/2026 | Liam Harrell | Complaint Drafting | 1.8 |
| 3/17/2026 | Liam Harrell | PI Motion Drafting | 3.8 |
| 3/18/2026 | Liam Harrell | PI Motion Drafting | 5.6 |
| 3/19/2026 | Liam Harrell | PI Motion Drafting | 3.4 |
| 3/19/2026 | Liam Harrell | Complaint Drafting | 1.1 |
| 3/20/2026 | Liam Harrell | Complaint Drafting | 4.6 |
| 3/21/2026 | Liam Harrell | Complaint Drafting | 2.5 |
| 3/23/2026 | Liam Harrell | PI Motion Drafting | 7.8 |
| 3/23/2026 | Liam Harrell | PI Motion Drafting | 1.1 |
| 3/24/2026 | Liam Harrell | Complaint Finalization Discussion | 1.5 |
| 3/24/2026 | Liam Harrell | Complaint Editing | 1.9 |
| 3/24/2026 | Liam Harrell | PI Motion Editing | 0.3 |
| 3/25/2026 | Liam Harrell | Complaint Editing | 2.3 |
| 3/25/2026 | Liam Harrell | Complaint Editing - Discussing QI, Rule 25(d), verification | 1.5 |
| 3/26/2026 | Liam Harrell | Complaint Editing | 2.3 |
| 3/26/2026 | Liam Harrell | PI Motion Editing | 0.4 |
| 3/26/2026 | Liam Harrell | PACER filing | 1.2 |
| 3/27/2026 | Liam Harrell | Receiving, Reviewing, and calendaring the court's scheduling order | 0.8 |
| 3/27/2026 | Liam Harrell | PHVAdmission, Notice of Appearance | 0.8 |
| 4/2/2026 | Liam Harrell | PI Motion Editing | 0.1 |
| 4/6/2026 | Liam Harrell | PI Motion Editing | 0.1 |
| 4/9/2026 | Liam Harrell | Moot Session for PI Hearing | 1.6 |
| 4/9/2026 | Liam Harrell | Review of additional discovery and further factual developments relating to case. | 0.2 |
| 4/17/2026 | Liam Harrell | Reading/Discussing PI Opposition | 1.9 |
| 4/21/2026 | Liam Harrell | Call w/ OC (O. Pearson) | 0.5 |
| 4/21/2026 | Liam Harrell | Teams Chat - Interim Relief Discussion | 0.8 |
| 4/22/2026 | Liam Harrell | Call - Discuss Defense's PI Opposition | 0.8 |
| 5/6/2026 | Liam Harrell | Call w/ Client | 0.5 |
| 5/8/2026 | Liam Harrell | Call - Cantrell Settlement | 0.6 |
| 6/10/2026 | Liam Harrell | Draft Settlement Response | 1.5 |
| 6/10/2026 | Liam Harrell | Revise Settlement Response | 1.6 |
| 6/18/2026 | Liam Harrell | Proposed order re responsive pleading/status | 1.5 |
| 6/25/2026 | Liam Harrell | Detailed fees & settlement revisions | 1.6 |
| 6/25/2026 | Liam Harrell | Team discussion of litigation strategy and preparation of response to OC | 1.5 |
| 7/1/2026 | Liam Harrell | Alternative joint status report preparation, drafting consent judgment | 2.0 |
| 7/1/2026 | Liam Harrell | Status-report versions, comparison of solo vs joint | 3.6 |
| 7/21/2026 | Liam Harrell | Prepared Second Joint Status Agreement for A. Ekonomou | 1.5 |

## Liam Harrell — Hour Log

| Date | Attorney Name | Work Description | Hours |
|---|---|---|---|
| 7/22/2026 | Liam Harrell | Drafting/revisions Motion for entry of consent judgment | 1.6 |
| 7/31/2026 | Liam Harrell | Drafting a Motion to Reopen | 2.4 |
| 8/3/2026 | Liam Harrell | Drafting an Amended Complaint | 2.1 |
| 8/3/2026 | Liam Harrell | Revisions to Motion to Reopen | 1.7 |
| 8/24/2026 | Liam Harrell | Drafting revisions and response to Pearson's Proposed Consent Judgment | 2.0 |
| 8/25/2026 | Liam Harrell | Drafting revisions and response to Pearson's Proposed Consent Judgment | 2.5 |
| 10/1/2026 | Liam Harrell | Draft proposed notice of filing consent judgment | 1.8 |
| 10/3/2026 | Liam Harrell | Drafting of fees motion | 1.8 |
| 10/3/2026 | Liam Harrell | Drafting of Declaration of LRH | 1.6 |
| 10/15/2026 | Liam Harrell | Incorporating revisions to fee motion | 1.9 |
| 10/19/2026 | Liam Harrell | Drafting of NJM declaration | 0.7 |
| 10/22/2026 | Liam Harrell | Drafting of AE declaration | 2.5 |
| | | **TOTAL** | **90.9** |

# **Exhibit B**

Time Sheets of Tracy Turner

## Tracy Turner — Hour Log

| Date | Attorney Name | Work Description | Hours |
|---|---|---|---|
| 10/9/2025 | Tracy Turner | Initial Client Interview | 0.6 |
| 10/29/2025 | Tracy Turner | Client Intake Interview | 0.5 |
| 3/11/2026 | Tracy Turner | Client Conference | 0.6 |
| 3/16/2026 | Tracy Turner | Retainer Agreement | 0.6 |
| 3/20/2026 | Tracy Turner | Complaint Drafting | 1.8 |
| 3/20/2026 | Tracy Turner | PI Motion Drafting | 0.7 |
| 3/23/2026 | Tracy Turner | Complaint Editing | 0.1 |
| 3/23/2026 | Tracy Turner | PI Motion Editing | 0.4 |
| 3/27/2026 | Tracy Turner | Receiving, Reviewing, and calendaring the court's scheduling order | 0.8 |
| 3/30/2026 | Tracy Turner | Coordinating Service of Process | 1.0 |
| 3/31/2026 | Tracy Turner | Coordinating Service of Process | 0.8 |
| 4/1/2026 | Tracy Turner | Coordinating Service of Process | 1.0 |
| 4/2/2026 | Tracy Turner | Coordinating Service of Process | 0.6 |
| 4/9/2026 | Tracy Turner | Moot Session for PI Hearing | 1.6 |
| 5/6/2026 | Tracy Turner | Call w/ Client | 0.5 |
| 5/8/2026 | Tracy Turner | Call w/ Client | 0.5 |
| 6/8/2026 | Tracy Turner | Communication with client to schedule meeting | 0.2 |
| 6/9/2026 | Tracy Turner | Call w/ Client | 0.6 |
| 6/15/2026 | Tracy Turner | Review rules and schedule for team update | 0.1 |
| 6/24/2026 | Tracy Turner | Case management | 0.1 |
| 7/1/2026 | Tracy Turner | Edit Status Report | 0.1 |
| 7/2/2026 | Tracy Turner | Case management | 0.3 |
| 7/21/2026 | Tracy Turner | Case management | 0.4 |
| 7/22/2026 | Tracy Turner | Case management | 0.3 |
| 9/1/2026 | Tracy Turner | Case management | 0.1 |
| 9/2/2026 | Tracy Turner | Case management | 0.2 |
| 10/7/2026 | Tracy Turner | Review rules and update calendar | 0.1 |
| 10/13/2026 | Tracy Turner | Fees Motion cite-check and editing | 1.0 |
| 10/13/2026 | Tracy Turner | Fees Motion cite-check and editing, review local rules | 3.1 |
| | | **TOTAL** | **18.7** |