**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JASON CANTRELL**,<br>*Plaintiff*,<br>*v*.<br>**KANDICE GARDNER**, individually and in her official capacity,<br>**ANDRE PITTS**, individually and in his official capacity,<br>**JAMAL HUNTER**, individually and in his official capacity, and<br>**THE CITY OF FOREST PARK**,<br>*Defendants*. | **Civil Action No. 1:26-cv-01638-ELR**<br><br>The Hon. Eleanor L. Ross |

**DECLARATION OF NATHAN J. MOELKER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

1. I am Senior Associate Counsel with the American Center for Law & Justice ("ACLJ"), counsel for Plaintiff Jason Cantrell in the above-captioned case. I am a member in good standing of the State Bar of Virginia, and am admitted to practice before this Court *pro hac vice*. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

2. I am a 2022 graduate, *summa cum laude*, of the Regent University School of Law. I then served as a law clerk of Chief Justice Tom Parker of the Supreme Court of Alabama. I regularly represent clients in federal courts across the country. I am admitted to all thirteen circuit courts, approximately eight

district courts, and the United States Supreme Court. I have also been admitted to multiple district courts and state courts for practice pro hac vice.

3. My Supreme Court matters include successfully representing the Colorado Republican Party in *Trump v. Anderson*, 601 U.S. 100 (2024), where the Supreme Court ruled in favor of our client unanimously in the face of a novel Fourteenth Amendment lawsuit.

4. One of my fields of specialization is First Amendment litigation, especially the speech and free-exercise rights of speakers in public fora. I have litigated in complex federal litigation regarding the first amendment, for instance *Quaratiello v. Town of Raymond*, No. 1:23-cv-00467 (D.N.H. filed Oct. 27, 2023); *Jonathan H. ex rel. J.H. v. Highline Public Schools*, 2:26-cv-02388 (W.D. Wash. filed July 8, 2026); and *Barber v. Katy Ind. School Dist.*, 4:24-cv-01004 (S.D. Tex. filed March 19, 2024).

5. I argue regularly in District Court matters. For example, I successfully argued in support of an injunction in *Alan L. v. Lexington Pub. Sch.*, 814 F. Supp. 3d 61 (2025), Additionally, I have argued complex appeals in these cases, such as the aforementioned *Barber* matter, published as *Barber v. Rounds*, 169 F.4th 577 (5th Cir. 2026), and in the pending matter *Hamman v. City of Carbondale*, *Illinois, et al.*, No. 26-1133 (7th Cir.).

6. The ACLJ, founded over thirty years ago, is a nonprofit organization dedicated to the defense of constitutional liberties secured by law. It currently

employs more than fifteen full-time attorneys. Since its inception, the ACLJ has been involved in cases addressing the free-speech rights of sidewalk counselors and street evangelists. *See*, *e.g.*, *Hill v. Colorado*, 530 U.S. 703 (2000); *Schenck v. Pro-Choice Network of W.N.Y.*, 519 U.S. 357 (1997); *Bray v. Alexandria Women's Health Clinic*, 506 U.S. 263 (1993).

7. Because the ACLJ represents its clients pro bono, including in this case, and because the ACLJ has cases in different jurisdictions throughout the country, the ACLJ does not (nor could it) have a customary hourly rate it charges clients. When the ACLJ seeks attorneys' fees under 42 U.S.C. § 1988, it requests the prevailing market rate in the district where the case is pending for lawyers of comparable skill, experience, and reputation.

8. I request a rate of $500 per hour for my work in this case. That rate is the prevailing rate in the Atlanta Division for an attorney of comparable experience doing comparable civil-rights work. In *Goldring v. Henry*, No. 1:18-cv-01191-WMR (N.D. Ga. July 22, 2022), a § 1983 civil right case tried to judgment, the Court awarded $500 per hour to junior counsel, and it found those rates consistent with the Atlanta market. Other recent awards in this District are in the same range: $475[1] for counsel of greater experience in *Jordan v. City of Atlanta*, 2022 WL 22867728 (N.D. Ga. Aug. 12, 2022); and $300 per hour for non-lead counsel in

---

[1] $475 in August of 2022 would be equivalent to $537 in August 2026 dollars. *See* Inflation Calculator, BUREAU OF LABOR STATISTICS, https://www.bls.gov/data/inflation_calculator.htm.

*Collins-Williams v. Contour Eastwyck, LLC*, No. 1:20-cv-3129 (N.D. Ga. May 9, 2024). $500 sits inside that range and below the rate this Court has approved for senior civil-rights counsel.

9. While the USAO "Fitzpatrick" Matrix is not applicable here, *ACLU of Ga. v. Barnes*, 168 F.3d 423, 437 (11th Cir. 1999), I cite it only to emphasize that $500 is significantly below the Matrix's cell for an attorney of my years in practice, $684. The Fitzpatrick Matrix, United States Attorney's Office for the District of Columbia, https://www.justice.gov/usao-dc/media/1449156/dl?inline. *See also*, Laffey Matrix, laffeymatrix.com (assessing D.C./Baltimore area attorneys with 4-7 years of experience at $625 per hour).

10. Exhibit A is a true and correct itemization of the time I reasonably expended on this litigation, kept contemporaneously in tenths of an hour. It states the date, the task, and the time spent. I reasonably expended 75.6 hours. At $500 per hour, the lodestar for my work is $37,800.

11. The fee requested is reasonable in light of the time required, the skill required to prepare a First Amendment claim against a municipal defendant, the result obtained, and awards in similar cases in this District.

**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this twenty-eighth day of October 2026.

*/s/ Nathan J. Moelker*
Nathan J. Moelker

# **Exhibit A**

Time Sheets of Nathan J. Moelker

## Nathan Moelker — Hour Log

| Date | Attorney Name | Work Description | Hours |
|---|---|---|---|
| 3/17/26 | Nathan Moelker | Review and Editing of draft complaint | 2.9 |
| 3/17/26 | Nathan Moelker | Team conferral over best strategic claims | 0.2 |
| 3/20/26 | Nathan Moelker | Complaint Drafting | 1.4 |
| 3/20/26 | Nathan Moelker | PI Motion Revision | 4.6 |
| 3/21/26 | Nathan Moelker | PI Motion Revision | 3.6 |
| 3/23/26 | Nathan Moelker | PI Motion Editing | 2.6 |
| 3/24/26 | Nathan Moelker | PI Motion Editing | 3.8 |
| 3/24/26 | Nathan Moelker | Complaint Finalization Discussion | 1.5 |
| 3/25/26 | Nathan Moelker | Consultation with client regarding final factual details | 0.3 |
| 3/25/26 | Nathan Moelker | Complaint and PI Editing | 4.5 |
| 3/25/26 | Nathan Moelker | Complaint Editing - Discussing QI, Rule 25(d), verification | 1.5 |
| 3/26/26 | Nathan Moelker | Complaint Editing and finalizing | 2.3 |
| 3/26/26 | Nathan Moelker | Pro Hac Vice Admission | 0.6 |
| 3/27/26 | Nathan Moelker | Receiving, Reviewing, and calendaring the court's scheduling order | 0.8 |
| 3/30/26 | Nathan Moelker | Pro Hac Vice Admission | 0.6 |
| 4/1/26 | Nathan Moelker | Confirm service completion on all defendants; review proofs of service; ensure compliance with Court's service order; prepare for upcoming PI hearing | 0.5 |
| 4/2/26 | Nathan Moelker | Confirm service completion on all defendants and file with Court; review proofs of service; ensure compliance with Court's service order; prepare for upcoming PI hearing | 0.4 |
| 4/9/26 | Nathan Moelker | Moot Session for PI Hearing | 1.6 |
| 4/9/26 | Nathan Moelker | Review of additional discovery and further factual developments relating to case. | 0.2 |
| 4/14/26 | Nathan Moelker | Continued PI hearing preparation; review additional authority on heckler's veto and content-neutral time/place/manner restrictions; analyze defendants' likely substantive arguments; anticipate standing and mootness issues | 1.4 |
| 4/17/26 | Nathan Moelker | Receive and review defendants' response to PI motion; analyze legal and factual arguments; identify weaknesses and points for reply; assess impact on settlement posture; begin reply brief drafting | 1.9 |
| 4/20/26 | Nathan Moelker | Drafting Settlement email | 1.0 |
| 4/20/26 | Nathan Moelker | Review OC's response and scheduling meeting | 0.3 |
| 4/21/26 | Nathan Moelker | Call w/ OC (O. Pearson) | 0.5 |
| 4/21/26 | Nathan Moelker | Drafting Join Stipulation | 0.6 |
| 4/21/26 | Nathan Moelker | Teams Chat - Interim Relief Discussion | 0.8 |
| 4/21/26 | Nathan Moelker | Continue drafting reply brief in support of PI motion; legal research on responsive arguments regarding permit conditions and prior restraint doctrine | 2.6 |
| 4/21/26 | Nathan Moelker | Review of Motion to Dismiss | 0.5 |
| 4/22/26 | Nathan Moelker | Finalize and edit reply brief in support of PI motion; verify citations; prepare for filing by April 24 deadline; | 2.0 |
| 4/22/26 | Nathan Moelker | Call - Discuss Defense's PI Opposition | 0.8 |
| 4/22/26 | Nathan Moelker | Drafting Motion to Stay/Joint Stipulation | 1.6 |
| 4/23/26 | Nathan Moelker | Negotiate resolution terms with opposing counsel; review and negotiate joint notice of stipulation; draft and finalize agreement mooting PI motion; coordinate filing of Parties' Joint Notice of Stipulation and Withdrawal of PI; PI hearing canceled upon filing | 3.1 |
| 4/27/26 | Nathan Moelker | Conferral with Opposing Counsel and finalizing and filing Motion to Stay | 2.3 |

## Nathan Moelker — Hour Log

| Date | Attorney Name | Work Description | Hours |
|---|---|---|---|
| 4/29/26 | Nathan Moelker | Reviewing Court's stay order | 0.4 |
| 5/1/26 | Nathan Moelker | Draft client update on interim relief and stay; respond regarding replacement permit. | 0.3 |
| 5/4/26 | Nathan Moelker | Communications with Opposing Counsel Regarding Client's Permit and Settlement | 0.2 |
| 5/4/26 | Nathan Moelker | Communications with Opposing Counsel Regarding Client's Permit and Settlement | 0.3 |
| 5/5/26 | Nathan Moelker | Communications with Opposing Counsel Regarding Client's Permit | 0.1 |
| 5/5/26 | Nathan Moelker | Review and transmit newly issued sound-amplification permit to client. | 0.9 |
| 5/5/26 | Nathan Moelker | Communications with Opposing Counsel Regarding Client's Permit | 0.1 |
| 5/6/26 | Nathan Moelker | Call w/ Client | 0.5 |
| 5/6/26 | Nathan Moelker | Memorialize client discussion in follow-up email. | 0.8 |
| 5/8/26 | Nathan Moelker | Circulate settlement offer to supervising counsel for approval. | 0.4 |
| 5/8/26 | Nathan Moelker | Call - Cantrell Settlement | 0.6 |
| 5/8/26 | Nathan Moelker | Research regarding attorney fee rates | 0.2 |
| 5/19/26 | Nathan Moelker | Research and ongoing discussion regarding attorney fee rates | 0.5 |
| 6/11/26 | Nathan Moelker | Team discussion and review of settlement offer. | 0.3 |
| 6/23/26 | Nathan Moelker | Team discussion regarding settlement discussions | 1.3 |
| 6/23/26 | Nathan Moelker | Team review of settlement response and discussion of response | 0.5 |
| 6/25/26 | Nathan Moelker | Team discussion of litigation strategy and preparation of response to OC | 1.5 |
| 6/30/26 | Nathan Moelker | Research regarding attorney fee rates | 0.8 |
| 7/1/26 | Nathan Moelker | Edits to proposed consent judgment | 0.6 |
| 7/1/26 | Nathan Moelker | Edits to communication to OC | 0.1 |
| 7/23/26 | Nathan Moelker | Edits to communication to OC | 0.2 |
| 7/29/26 | Nathan Moelker | Communications regarding settlement discussions | 0.2 |
| 8/1/26 | Nathan Moelker | Team discussion regarding amending the complaint | 3.1 |
| 8/3/26 | Nathan Moelker | Review amended complaint and comment on quoting approval-letter restrictions. | 0.6 |
| 8/3/26 | Nathan Moelker | Edits to draft amended complaint | 0.9 |
| 8/20/26 | Nathan Moelker | Review City consent-judgment revisions and confer on prevailing-party provision. | 0.6 |
| 9/1/26 | Nathan Moelker | Review consent-judgment revisions; revise signature block and confer on signatories | 0.9 |
| 9/30/26 | Nathan Moelker | Review proposed joint motion for consent judgment and identify drafting errors. | 1.0 |
| 10/5/26 | Nathan Moelker | Review proposed notice of filing consent judgment and suggest fee-motion authority. | 0.5 |
| 10/12/26 | Nathan Moelker | Review and edit fee-motion draft | 2.3 |
| 10/13/26 | Nathan Moelker | Revise and prepare final fee motion analysis | 1.6 |
| | | TOTAL | 75.6 |