**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JASON CANTRELL,**<br>*Plaintiff,*<br>*v.*<br>**KANDICE GARDNER,**<br>**ANDRE PITTS,**<br>**JAMAL HUNTER**, and<br>**THE CITY OF FOREST PARK,**<br>*Defendants.* | **Civil Action No. 1:26-cv-01638**<br><br>The Hon. Eleanor L. Ross |

**DECLARATION OF ANDREW J. EKONOMOU IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

1. I am Senior Counsel with the American Center for Law & Justice. I am counsel for Plaintiff Jason Cantrell. I am a member in good standing of the State Bar of Georgia, admitted in 1974, and I am admitted to practice in this Court, the United States Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States. I practice in Atlanta. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

2. I received a B.A. from Emory University in 1970, an M.A. in 1971, and a J.D. from Emory University School of Law in 1974. I received a Ph.D. in medieval history from Emory University in 2000. I have practiced law in Georgia for more than fifty years.

3. I served as legal counsel to the Majority Leader of the Georgia House of Representatives. I then served as an Assistant Attorney General for the State of

Georgia. Following that, I then served as an Assistant United States Attorney in this District and as Chief of the Criminal Division. I later served as Acting United States Attorney for the Northern District of Georgia. I have also served as a Special Assistant Attorney General for the State of Georgia and as an Assistant District Attorney in the Brunswick Judicial Circuit. I have tried criminal cases in the state and federal courts of this State, including in this District.

4. For forty years I have represented clients in First Amendment and civil-rights matters, including as counsel to the ACLJ. I served as counsel of record in *Board of Airport Commissioners v. Jews for Jesus, Inc.*, 482 U.S. 569 (1987).

5. I am lead counsel in this case. I personally directed litigation strategy at each step and reviewed the pleadings for substance as well as for compliance with the practice of this Court. My work was not duplicative of counsel appearing *pro hac vice*. I exercised judgment before this petition was filed and excluded administrative time and time not reasonably necessary.

6. The ACLJ represented Mr. Cantrell without charge. Because of my work at the ACLJ, I have not recently billed a private client, which would be the best evidence of my rate. *Dillard v. City of Greensboro*, 213 F.3d 1347, 1354–55 (11th Cir. 2000). However, my request of $750 per hour is well-grounded as the prevailing Atlanta rate for a lawyer of my experience in civil-rights litigation. *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984).

7. That rate is consistent with awards in this District and this Circuit. In *United States ex rel. Luchtman v. Homestead Hospice*, No. 1:15-cv-00840-TWT (N.D. Ga. Sept. 18, 2026), the Court awarded rates of $875, $900, and $1,100 to experienced counsel in a False Claims Act case. In *United States ex rel. Heller v. Guardian Pharmacy of Atlanta, LLC*, No. 1:18-cv-03728-SDG (N.D. Ga. Feb. 21, 2025), the Court awarded fees based on rates of $875 and $895, finding those rates consistent with the prevailing Atlanta market. In *United States ex rel. Zediker v. OrthoGeorgia*, 407 F. Supp. 3d 1330 (M.D. Ga. 2019), *aff'd in relevant part*, 857 F. App'x 600 (11th Cir. 2021), the Court awarded $750 to lead counsel, and the Eleventh Circuit upheld that rate.

8. Exhibit A is a true and correct itemization of my time, kept in tenths of an hour, stating the date, the task, and the time. I reasonably expended 13.5 hours. At $750 per hour, the lodestar for my work is $10,125.

9. The fee requested is reasonable in light of the time and skill required, my experience in this Court, the result obtained, and awards in similar cases in this District. I make this declaration in support of Plaintiff's motion for attorney's fees and expenses under 42 U.S.C. § 1988.

## DECLARATION PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this twenty-eighth day of October 2026.

/s/ *Andrew J. Ekonomou*
Andrew J. Ekonomou

**Exhibit A**

Time Sheets of Andrew J. Ekonomou

## Andy Ekonomou — Hour Log

| Date | Attorney Name | Work Description | Hours |
|---|---|---|---|
| 3/24/2026 | Andy Ekonomou | Final Review of PI Motion and Complaint | 1.0 |
| 3/26/2026 | Andy Ekonomou | Coordination of filing and local counsel issues | 0.4 |
| 4/1/2026 | Andy Ekonomou | Coordination Service Process Matter | 0.1 |
| 4/21/2026 | Andy Ekonomou | Review and approval of potential consent decree | 0.4 |
| 5/8/2026 | Andy Ekonomou | Call - Cantrell Settlement | 0.5 |
| 5/18/2026 | Andy Ekonomou | Review hours log and fee analysis; evaluated settlement fee positions; substantive comments | 0.8 |
| 6/10/2026 | Andy Ekonomou | Review counteroffer and consent-decree strategy; reviewed settlement-response draft; discussed fee | 1.0 |
| 6/25/2026 | Andy Ekonomou | Review major fee-response letter; suggest edits | 0.8 |
| 6/30/2026 | Andy Ekonomou | Review draft consent judgment; comments and edits; evaluated substantive work product | 0.3 |
| 7/14/2026 | Andy Ekonomou | Status report and stay discussions; reviewed strategy; opposed additional stay | 0.6 |
| 7/28/2026 | Andy Ekonomou | Motion-to-reopen strategy; reviewed draft response threatening reopening case; considered litigation strategy | 0.8 |
| 8/22/2026 | Andy Ekonomou | Major consent-judgment negotiation; reviewed City's redline; strategy discussions on prevailing-party language and injunction scope | 2.3 |
| 9/9/2026 | Andy Ekonomou | Consent-judgment dispute; reviewed final judgment language and prevailing-party provisions | 0.8 |
| 9/28/2026 | Andy Ekonomou | Execution and filing of consent judgment (9/24-10/1); reviewed signature issues, consent motion; approved filing strategy | 1.3 |
| 10/8/2026 | Andy Ekonomou | Court inquiry regarding missing signature; reviewed proposed response; approved filing position | 0.3 |
| 10/15/2026 | Andy Ekonomou | Fee motion review | 1.5 |
| 10/25/2026 | Andy Ekonomou | Reviewing hour log and declaration | 0.6 |
| | | **TOTAL** | **13.5** |