**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **JASON CANTRELL,**<br>*Plaintiff,*<br>*v.*<br>**KANDICE GARDNER,**<br>**ANDRE PITTS,**<br>**JAMAL HUNTER,** and<br>**THE CITY OF FOREST PARK,**<br>*Defendants.* | **Civil Action No. 1:26-cv-01638-ELR**<br><br>The Hon. Eleanor L. Ross |

# [PROPOSED] ORDER ON PLAINTIFF JASON CANTRELL'S MOTION FOR ATTORNEY'S FEES

Upon motion of Plaintiff, Jason Cantrell, for an award of attorneys' fees incurred in this action, the parties having responded, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERDED** that Plaintiff's motion is **GRANTED** and Plaintiffs are awarded attorneys' fees in the amount of ninety-six thousand, seven hundred eighty-five dollars ($96,785) to be paid by the Defendant the City of Forest Park.

It is **SO ORDERED** this ____ day of _____________, 2026.

____________________________
Judge Eleanor L. Ross
United States District Judge
U.S. District Court for the Northern
District of Georgia